# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 11, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142158 & (18)

STEPHEN E. FOXALL,

　　　　Plaintiff-Appellee,

v

F. L. HOLLINGSWORTH & COMPANY,
INC., and ACCIDENT FUND INSURANCE
COMPANY OF AMERICA,

　　　　Defendants-Appellants.

_____

SC:　142158
CoA:　296163
WCAC:　09-0048

　　　　On order of the Chief Justice, the motion by defendants-appellant to withdraw their application for leave to appeal is considered and the application is dismissed with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 11, 2011

Clerk